IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| LISA BATTLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-036 |
| | ) | |
| FROG AND THE HEN MARKET AND EATERY and FROG HOLLOW HOSPITALITY GROUP, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 8.) Plaintiff argues she qualifies for diversity jurisdiction because Defendant Frog Hollow Hospitality Group, Inc., owns restaurants in other states in addition to Georgia. (Id. at 2.) However, a corporation is "deemed to be a citizen of every State . . . by which it has been incorporated and of the State . . . where it has its principal place of business." 28 U.S.C. § 1332(c)(1). Plaintiff has not shown Defendants are incorporated or have their principal places of business in a state other than Georgia. See McCormick v. Aderholt, 293 F.3d 1254, 1257 (11th Cir. 2002) (party invoking court's jurisdiction bears burden to prove federal jurisdiction); Palmer v. Hosp. Auth. of Randolph Cnty., 22 F.3d 1559, 1564 (11th Cir. 1994) ("Diversity

jurisdiction, as a general rule, requires complete diversity—every plaintiff must be diverse from every defendant."). This case does not qualify for diversity jurisdiction.

Accordingly, the Court **OVERRULES** the objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case, and **CLOSES** this civil action.

SO ORDERED this 2nd day of May, 2022, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA